UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESSEX P.B. & R. CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01705 ERW |
| ) | |
| XCAPER INDUSTRIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Xcaper Industries, LLC's Claim for Fees and Costs [doc. #52].

On August 26, 2009, this Court issued an Order [doc. #57], conditionally granting Plaintiff Essex P.B. & R. Corp.'s Voluntary Motion to Dismiss. The Court imposed the following condition: "in the event that Plaintiff refiles this case in this or any other court, it will be required to reimburse the fees and costs incurred by Defendant in defending this cause of action." (Order, doc. #57, p.1). Defendant has submitted its Claim for Fees and Costs, seeking a total of $42,403.93,[1] in the event that Plaintiff refiles this case. Plaintiff opposes many of the fees and costs sought by Defendant. This Court held a hearing on this matter on August 13, 2009, and heard arguments from both Parties.

The Court has thoroughly reviewed each of the fees and costs requested by Defendant. Considering that Defendant can only be reimbursed for "expenses incurred in preparing work

---

[1]In the Claim for Fees and Costs, Defendant states that it seeks a total of $42,373.93. The Court's calculations show that Defendant has actually requested $42,403.93.

product that will not be useful in subsequent litigation of the same claim," *Cauley v. Wilson*, 752 F.2d 769, 772 (7th Cir. 1985), the Court finds as follows:

| Date | Time-keeper | Description | Hours | Amount Sought | Allowed or Denied |
|---|---|---|---|---|---|
| 11/13/2008 | Tom Van Hoozer | Telephone conference with Peter Finch regarding lawsuit filed in E.D. of Mo., obtain prints of Scott's facemask and Xcaper personal care mask online, telephone conference with attorney Janoski. | 0.90 | $319.50 | Allowed (objection overruled) |
| 11/14/2008 | Tom Van Hoozer | Letter to Peter Finch to report initial contact with Attorney Janoski for Essex PB&R. | 0.20 | $71.00 | Allowed (no objection) |
| 11/18/2008 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. | 0.40 | $42.00 | Allowed (no objection) |
| 11/19/2008 | Tom Van Hoozer | Work on motion for admission pro hac vice and report on status of communications and response to Mr. Finch. | 0.40 | $142.00 | Allowed (no objection) |
| 11/24/2008 | Tom Van Hoozer | Review specimens sent by Mr. Finch of Xcaper Personal Smoke Mask and letter to Attorney Janoski for Essex PB&R seeking dismissal of litigation. | 0.60 | $213.00 | Allowed (no objection) |
| 11/25/2008 | Justin Crawford | Phone calls placed to Judge Webber's clerk regarding an update to our Motion for Admittance. | 0.40 | $42.00 | Allowed (objection overruled) |
| 11/25/2008 | Tom Van Hoozer | Telephone conference with Mr. Janoski regarding our letter advising of likely Rule 11 motion and report to Mr. Finch. | 0.40 | $142.00 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 11/26/2008 | Justin Crawford | Correspondence with Clerk of the Court regarding registration of e-filing for Mr. Van Hoozer. | 0.30 | $31.50 | Allowed (objection overruled) |
| 12/2/2008 | Justin Crawford | Correspondence with Judge Webber's clerk regarding initial filing of pleadings, per Mr. Van Hoozer's request. | 0.30 | $31.50 | Allowed (objection overruled) |
| 12/2/2008 | Tom Van Hoozer | Research regarding affirmative defenses; work on answer to complaint for patent infringement. | 2.30 | $816.50 | Allowed (objection overruled) |
| 12/3/2008 | Justin Crawford | File Answer and Disclosure of Corporation Interests Certificate. | 0.60 | $63.00 | Allowed (no objection) |
| 12/3/2008 | Tom Van Hoozer | Telephone conference with Mr. Finch [redacted]; research regarding laches and estopped affirmative defenses; finalize and file answer to patent infringement complaint. | 1.50 | $532.50 | Allowed (objection overruled) |
| 12/4/2008 | Justin Crawford | Review the Scheduling Order from the Court and docket applicable dates for future attorney reference. | 0.40 | $42.00 | Allowed (no objection) |
| 12/4/2008 | Tom Van Hoozer | Review scheduling order issued by the Court. | 0.40 | $142.00 | Allowed (no objection) |
| 12/4/2008 | Tom Van Hoozer | Review prosecution file history of patent-in-suit, order copy of file history of patent application. | 1.00 | $355.00 | Allowed (objection overruled) |
| 12/9/2008 | Tom Van Hoozer | Review order for scheduling conference and Essex draft of scheduling order. | 0.90 | $319.50 | Allowed (no objection) |
| 12/10/2008 | Tom Van Hoozer | Telephone conference with Peter Finch regarding [redacted]. | 0.10 | $35.50 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Ruling |
|---|---|---|---|---|---|
| 12/11/2008 | Tom Van Hoozer | Telephone conference with opposing counsel per Rule 46 to discuss Joint Proposed Scheduling Order. | 0.50 | $177.50 | Allowed (no objection) |
| 12/12/2008 | Tom Van Hoozer | Review revised scheduling order and reply to attorney Janoski for filing. | 0.20 | $71.00 | Allowed (no objection) |
| 12/15/2008 | Justin Crawford | Review Joint Proposed Scheduling Plan and docket dates for future reference. | 0.50 | $52.50 | Allowed (no objection) |
| 12/18/2008 | Tom Van Hoozer | Rule 16 Scheduling Conference with Judge Webber and opposing counsel, conducted by telephone. | 0.30 | $106.50 | Allowed (no objection) |
| 12/19/2008 | Tom Van Hoozer | Rule 16 Scheduling Conference with Judge Webber and opposing counsel, conducted by telephone. | 0.30 | $106.50 | Denied (objection sustained) |
| 12/22/2008 | Justin Crawford | Review of Case Management Order and docketing of dates for future attorney reference. | 0.40 | $42.00 | Allowed (no objection) |
| 1/2/2009 | Tom Van Hoozer | Prepare letter to Mr. Finch [redacted]. | 0.50 | $177.50 | Allowed (objection overruled) |
| 1/12/2009 | Tom Van Hoozer | Telephone conference with Essex attorney Janoski regarding requested extension of time to answer discovery. | 0.20 | $71.00 | Allowed (no objection) |
| 1/13/2009 | Justin Crawford | Review of filed pleadings and discovery and docketing of dates for future attorney reference. | 0.40 | $42.00 | Allowed (no objection) |
| 1/15/2009 | Justin Crawford | Review of Court's Order and docketing of dates for future attorney reference. | 0.20 | $21.00 | Allowed (no objection) |
| 1/27/2009 | Justin Crawford | Prepare and forward Defendant's Initial Disclosures. | 0.30 | $31.50 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 1/27/2009 | Tom Van Hoozer | Review initial disclosures of Essex PB&R and forward to Mr. Finch. | 0.20 | $71.00 | Allowed (objection overruled) |
| 1/28/2009 | Justin Crawford | Review and indexing of filed discovery for future attorney reference. | 0.30 | $31.50 | Allowed (objection overruled) |
| 1/28/2009 | Tom Van Hoozer | Telephone conference with Mr. Finch to discuss initial disclosures of Plaintiff. | 0.30 | $106.50 | Allowed (objection overruled) |
| 2/11/2009 | Justin Crawford | Review of filed discovery pleadings and indexing for future attorney reference. | 0.30 | $31.50 | Denied (objection sustained) |
| 2/13/2009 | Justin Crawford | Review of filed discovery documents and indexing for future attorney reference. | 0.30 | $31.50 | Denied (objection sustained) |
| 2/13/2009 | Tom Van Hoozer | Telephone conference with Mr. Finch [redacted]. | 0.30 | $106.50 | Allowed (objection overruled) |
| 2/19/2009 | Tom Van Hoozer | Review e-mail from opposing counsel regarding suggested mediator, check background of mediator, [redacted]. | 0.30 | $106.50 | Allowed (objection overruled) |
| 3/2/2009 | Tom Van Hoozer | Telephone conference with Mr. Finch regarding [redacted]; review Army manual, telephone conference with opposing counsel regarding mediation date. | 0.20 | $71.00 | Allowed (objection overruled) |
| 3/18/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. | 0.40 | $48.00 | Allowed (no objection) |
| 3/18/2009 | Tom Van Hoozer | Forward Plaintiff's first interrogatories and first requests for production to Mr. Finch. | 0.30 | $106.50 | Allowed (objection overruled) |
| 3/25/2009 | Tom Van Hoozer | Prepare and forward to opposing counsel Defendant's proposed terms for claim construction. | 2.70 | $958.50 | Allowed (objection overruled) |

5

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 3/26/2009 | Tom Van Hoozer | Telephone conference with Mr. Finch, review plaintiff's first interrogatories and first request for production of documents to Defendant. | 0.90 | $319.50 | Allowed (objection overruled) |
| 4/1/2009 | Justin Crawford | Telephone conference with Clerk of the Court regarding filing procedures for Protective Orders. | 0.20 | $21.00 | Allowed (objection overruled) |
| 4/1/2009 | Tom Van Hoozer | Prepare and forward to opposing counsel joint motion for entry of a protective order. | 0.50 | $177.50 | Allowed (objection overruled) |
| 4/2/2009 | Justin Crawford | Prepare Joint Motion and Order for Protective Order for filing. File Joint Motion. Prepare email correspondence forwarding Proposed Order to Judge. | 1.00 | $105.00 | Allowed (objection overruled) |
| 4/2/2009 | Tom Van Hoozer | Finalize and file Motion for Protective Order. | 0.10 | $35.50 | Allowed (objection overruled) |
| 4/7/2009 | Justin Crawford | Begin review of prosecution file in preparation for production of documents to opposing counsel. | 1.00 | $105.00 | Allowed (objection overruled) |
| 4/7/2009 | Tom Van Hoozer | Work on Xcaper's responses to Essex PB&R First Interrogatories and telephone conference [redacted]. | 3.50 | $1242.50 | Allowed (objection overruled) |
| 4/8/2009 | Justin Crawford | Continue review of prosecution file in preparation for production of documents to opposing counsel. | 1.10 | $115.50 | Allowed (objection overruled) |
| 4/8/2009 | Tom Van Hoozer | Work on Xcaper's responses to Essex First Request for Production of Documents. | 0.80 | $284.00 | Allowed (objection overruled) |
| 4/9/2009 | Justin Crawford | Finalize review of prosecution file in preparation for production of documents to opposing counsel. | 0.60 | $63.00 | Allowed (objection overruled) |

6

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 4/13/2009 | Justin Crawford | Prepare and fax Mediation Memorandum with enclosures to Mr. Sher. | 0.30 | $31.50 | Allowed (objection overruled) |
| 4/13/2009 | Tom Van Hoozer | Prepare and send Mediation Statement to Mediator. | 0.90 | $319.50 | Allowed (objection overruled) |
| 4/14/2009 | Tom Van Hoozer | Work on answers to Plaintiff's First Set of Interrogatories to Xcaper. | 3.60 | $1278.00 | Allowed (objection overruled) |
| 4/15/2009 | Justin Crawford | Prepare Defendant's discovery responses for forwarding to opposing counsel. | 0.30 | $31.50 | Allowed (objection overruled) |
| 4/15/2009 | Tom Van Hoozer | Work on responses to Requests for Production. | 2.20 | $781.00 | Allowed (objection overruled) |
| 4/15/2009 | Tom Van Hoozer | Work on preparation, forwarding and service of responses to Requests for Production. | 1.50 | $532.50 | Allowed (objection overruled) |
| 4/16/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. Prepare discovery responses and specified documents for mailing to client. | 0.40 | $42.00 | Allowed (no objection) |
| 4/16/2009 | Tom Van Hoozer | E-mail to opposing counsel regarding exchange of claim construction dates review. | 0.10 | $35.50 | Allowed (objection overruled) |
| 4/16/2009 | Tom Van Hoozer | E-mail to opposing counsel regarding preliminary claim construction, telephone conference with Mr. Peter Finch, Mr. Barry Hall regarding [redacted]. | 0.20 | $71.00 | Allowed (objection overruled) |
| 4/27/2009 | Tom Van Hoozer | Conference with Mr. Peter D. Finch in preparation for mediation. Mediation in St. Louis. | 8.40 | $2982.00 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 4/28/2009 | Justin Crawford | Phone conference with Linda Hall Library. Prepare and fax application and letter to Linda Hall Library. Research of specified publication per Mr. Van Hoozer. | 0.80 | $84.00 | Allowed (objection overruled) |
| 4/28/2009 | Tom Van Hoozer | Telephone conference with mediator regarding revised offer from Essex and report to Mr. Finch. | 0.30 | $106.50 | Allowed (objection overruled) |
| 5/8/2009 | Tom Van Hoozer | Legal research regarding common law experimental use defense. | 0.90 | $319.50 | Allowed (objection overruled |
| 5/18/2009 | Tom Van Hoozer | Review Essex's Motion to Dismiss. | 0.70 | $248.50 | Allowed (no objection) |
| 5/19/2009 | Justin Crawford | Phone conference with Judge Webber's clerk regarding sealing documents. Prepare Declaration of Mr. Van Hoozer. | 0.70 | $73.50 | Allowed (objection overruled) |
| 5/21/2009 | Justin Crawford | Finalize Declaration of Mr. Van Hoozer. Prepare exhibits to Suggestions in Support of Motion for Summary Judgment. Prepare Suggestions in Support of Motion for Summary Judgment. File and forward Motion and Suggestions in Support of Motion for Summary Judgment with all accompanying declarations and exhibits. | 6.80 | $714.00 | Allowed (objection overruled) |
| 5/22/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. Prepare and forward copies of filed documents to client. | 0.70 | $73.50 | Allowed (no objection) |

| Date | Name | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 5/26/2009 | Justin Crawford | File Opposition to Motion to Dismiss. | 0.30 | $31.50 | Allowed (no objection) |
| 5/26/2009 | Tom Van Hoozer | Legal research; prepare and file memorandum in opposition to Essex's motion to dismiss. | 3.20 | $1136.00 | Allowed (no objection) |
| 5/28/2009 | Tom Van Hoozer | E-mail exchange with opposing counsel regarding their request for a status conference and report to Mr. Finch. | 0.20 | $71.00 | Allowed (no objection) |
| 5/28/2009 | Tom Van Hoozer | Legal research and work on motion for Rule 11 Sanctions and memorandum in support. | 3.20 | $1136.00 | Allowed (objection overruled) |
| 5/29/2009 | Tom Van Hoozer | Teleconference with Plaintiff's attorney jurisdiction regarding Plaintiff's request for a status conference. | 0.20 | $71.00 | Allowed (no objection) |
| 6/3/2009 | Tom Van Hoozer | Legal Research for Memorandum in Support of Motion for Sanctions under Rule 11 and 35 USC Section 285. | 1.20 | $426.00 | Allowed (objection overruled) |
| 6/3/2009 | Tom Van Hoozer | Work on Memorandum in Support of Motion for Sanctions Under Rule 11 and 35 USC 285. | 1.00 | $355.00 | Allowed (objection overruled) |
| 6/4/2009 | Tom Van Hoozer | Telephone conference with Judge Webber's clerk re Mr. Janoski's call requesting status conference, his reply to Xcaper's response to motion to dismiss and request to stay; and work on Memorandum in Support of Motion for Sanctions under Rule 11 and 35 USC Section 285. | 4.90 | $1739.50 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 6/5/2009 | Justin Crawford | Preparation of exhibits for Motion for Sanctions. Preparation and forwarding of Motion and Memorandum in Support of Motion for Sanctions. Prepare Motion to Withdraw Confidential Status. Review of filed pleadings and docketing of dates for future attorney reference. | 2.80 | $294.00 | Allowed (objection overruled) |
| 6/5/2009 | Tom Van Hoozer | Review Essex's reply to Xcaper's opposition to Motion to Dismiss. | 0.60 | $213.00 | Allowed (no objection) |
| 6/5/2009 | Tom Van Hoozer | Work on motion and memorandum in support of Rule 11 and 35 USC Section 285 sanctions. | 0.60 | $213.00 | Allowed (objection overruled) |
| 6/5/2009 | Tom Van Hoozer | Work on motion to withdraw confidential designation and review voice message from opposing counsel. | 0.60 | $213.00 | Allowed (objection overruled) |
| 6/8/2009 | Justin Crawford | File and forward Motion to Withdraw Confidential Status. | 0.30 | $31.50 | Allowed (objection overruled |
| 6/9/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. | 0.40 | $42.00 | Allowed (no objection) |
| 6/9/2009 | Tom Van Hoozer | Review and respond to Attorney Janoski re withdrawal of motion to declassify. | 0.20 | $71.00 | Allowed (objection overruled) |
| 6/10/2009 | Tom Van Hoozer | Telephone conference with Judge's clerk to take motion off schedule. | 0.10 | $35.50 | Allowed (objection overruled) |
| 6/12/2009 | Tom Van Hoozer | File with the Court and forward to opposing counsel the Response to Plaintiff's Motion to Stay. File with the Court and forward to opposing counsel Defendant's Motion to Strike. | 0.60 | $63.00 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 6/15/2009 | Justin Crawford | Forward filed pleadings and requested documents to the client. | 0.30 | $31.50 | Allowed (no objection) |
| 6/16/2009 | Justin Crawford | Research of cases for use at the Motion Hearing in the Eastern District of Missouri. | 1.40 | $147.00 | Allowed (no objection) |
| 6/16/2009 | Tom Van Hoozer | Research and prepare for oral argument in Essex's Motion to Dismiss Without Prejudice. | 1.80 | $639.00 | Allowed (no objection) |
| 6/16/2009 | Tom Van Hoozer | Review response to Motion to Strike filed by Essex. | 0.60 | $213.00 | Allowed (objection overruled) |
| 6/16/2009 | Tom Van Hoozer | Prepare exhibits and notes for oral argument opposing Essex's motion to dismiss without prejudice. | 2.10 | $745.50 | Allowed (no objection) |
| 6/17/2009 | Tom Van Hoozer | Drive to U.S. District Court in St. Louis (at half rate). | 4.00 | $710.00 | Allowed (objection overruled) |
| 6/17/2009 | Tom Van Hoozer | Prepare for hearing. | 0.80 | $284.00 | Allowed (no objection) |
| 6/17/2009 | Tom Van Hoozer | Hearing before Judge Webber on Plaintiff's Motion to Dismiss and post-hearing conferences with Mr. Janoski. | 1.20 | $426.00 | Allowed (no objection) |
| 6/17/2009 | Tom Van Hoozer | Return drive to Kansas City from St. Louis (at half rate). | 4.00 | $710.00 | Allowed (objection overruled) |
| 6/19/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. | 0.30 | $31.50 | Allowed (no objection) |
| 6/19/2009 | Tom Van Hoozer | Review Memorandum and Order of Judge Webber, e-mail to Mr. Finch forwarding same and discussing hearing. | 0.30 | $106.50 | Allowed (no objection) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 6/19/2009 | Tom Van Hoozer | Telephone conference with Mr. Finch to discuss [redacted]. | 0.10 | $35.50 | Allowed (no objection) |
| 6/30/2009 | Justin Crawford | File Motion and Memorandum for Sanctions. | 0.40 | $42.00 | Allowed (objection overruled) |
| 6/30/2009 | Justin Crawford | Attend to filing Rule 11 Motion. | 0.10 | $35.50 | Allowed (objection overruled) |
| 7/2/2009 | Tom Van Hoozer | Respond to June e-mail from Mr. Janoski. | 0.20 | $71.00 | Allowed (no objection) |
| 7/2/2009 | Tom Van Hoozer | Review e-mail and proposed covenant not to sue [redacted]. | 0.30 | $106.50 | Allowed (objection overruled) |
| 7/2/2009 | Tom Van Hoozer | Reply to e-mail from attorney Janoski regarding proposed agreement for covenant not to sue. | 0.20 | $71.00 | Allowed (objection overruled) |
| 7/9/2009 | Tom Van Hoozer | Review of e-mail from Mr. Janoski, telephone conference with Mr. Janoski, regarding plaintiff's request for extension of time to respond to Rule 11 motion. | 0.20 | $71.00 | Allowed (objection overruled) |
| 7/9/2009 | Tom Van Hoozer | Report to Mr. Finch on [redacted]. | 0.20 | $71.00 | Allowed (objection overruled) |
| 7/10/2009 | Justin Crawford | Phone conference with Judge Webber's clerk regarding notification to the Court. Research for Statement Regarding Covenant Not to Sue Agreement. Prepare and File Statement Regarding Covenant Not to Sue Agreement. | 0.80 | $84.00 | Allowed (objection overruled) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 7/10/2009 | Tom Van Hoozer | Review Plaintiff's Statement to the Court regarding covenant not to sue agreement, review and reply to e-mail from Mr. Finch, telephone conference with Mr. Finch, legal research re operative effect of covenant not to sue covering only past and current activities, and prepare and file Defendant's Statement on Covenant Not to Sue Agreement. | 1.90 | $647.50 | Allowed (objection overruled) |
| 7/13/2009 | Justin Crawford | File Reply to Plaintiff's Response to Statement for Covenant Not to Sue Agreement. Review and indexing of filed pleadings for future attorney reference. | 0.60 | $63.00 | Allowed (objection overruled) |
| 7/13/2009 | Tom Van Hoozer | Review Plaintiff's Response to Defendant's Statement on covenant not to sue and prepare and file Defendant's Reply. | 1.10 | $390.50 | Allowed (objection overruled) |
| 7/14/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. Research of forms and procedures for filing a motion for attorneys' fees. Prepare spreadsheet of billable time to use as an exhibit to the motion for attorneys fees. | 3.10 | $325.50 | Allowed (objection overruled) |
| 7/14/2009 | Tom Van Hoozer | Review and report to Mr. Finch Court's Order, telephone conference with Mr. Finch | 0.20 | $71.00 | Allowed (no objection) |
| 7/17/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. Prepare spreadsheet of billable time for Motion for Attorneys Fees. Phone conference with Clerk of the Court regarding use of electronic equipment. | 2.00 | $210.00 | Allowed (no objection) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 7/18/2009 | Tom Van Hoozer | Review of Plaintiff's response to Rule 11 Motion and supporting affidavits. | 1.20 | $426.00 | Allowed (objection overruled) |
| 7/20/2009 | Justin Crawford | Prepare exhibits to the Declaration of Thomas Van Hoozer. | 0.50 | $52.50 | Allowed (no objection) |
| 7/20/2009 | Tom Van Hoozer | Work on affidavit of Thomas H. Van Hoozer in support of Request for attorneys fees and costs. | 1.70 | $603.50 | Allowed (no objection) |
| 7/21/2009 | Justin Crawford | Prepare and revise spreadsheet of billable time. File Submission of Affidavit of Thomas Van Hoozer and supporting exhibits. Review and indexing of filed pleadings for future attorney reference. Assist with the preparation of exhibits and case research for hearing. | 3.40 | $357.00 | Allowed (no objection) |
| 7/21/2009 | Tom Van Hoozer | Prepare and file submission of Thomas H. Van Hoozer and finalize affidavit of Thomas H. Van Hoozer. | 0.50 | $177.50 | Allowed (no objection) |
| 7/21/2009 | Tom Van Hoozer | Review response of Essex to Motion for Sanctions, legal research and work on oral argument for hearing on July 22. | 3.80 | $1349.00 | Allowed (objection overruled) |
| 7/22/2009 | Justin Crawford | Research of cases in preparation for motion hearing. | 0.30 | $31.50 | Allowed (objection overruled) |
| 7/22/2009 | Tom Van Hoozer | Drive to St. Louis for hearing at U.S. District Court (at half rate). | 4.50 | $798.75 | Allowed (objection overruled) |
| 7/22/2009 | Tom Van Hoozer | Prepare for hearing. | 0.70 | $248.50 | Allowed (no objection) |

| Date | Attorney | Description | Hours | Amount | Status |
|---|---|---|---|---|---|
| 7/22/2009 | Tom Van Hoozer | Conference in chambers with Judge Webber and continuance of hearing. | 0.30 | $106.50 | Allowed (no objection) |
| 7/22/2009 | Tom Van Hoozer | Return drive to Kansas City (at half rate). | 4.50 | $798.75 | Allowed (objection overruled) |
| 7/23/2009 | Justin Crawford | Draft, revise and file Xcaper's Request to Reschedule Hearing, or in the alternative, Motion for Extension of Time to Reply. | 1.10 | $115.50 | Allowed (no objection) |
| 7/23/2009 | Tom Van Hoozer | Telephone conference with Mr. Finch to discuss continuation of hearing, further strategy. | 0.20 | $71.00 | Allowed (no objection) |
| 7/24/2009 | Justin Crawford | Review of filed pleadings and docketing of dates for future attorney reference. Prepare and file Additional Submission for Attorneys Fees. | 0.50 | $52.50 | Allowed (no objection) |
| 7/24/2009 | Tom Van Hoozer | Prepare and file submission for additional claim for attorneys fees and costs to the Court. | 0.30 | $106.50 | Allowed (no objection) |
| 7/27/2009 | Justin Crawford | Research of case citations from Plaintiff's recent case filings. Organization and preparation of documents for use at hearing. | 1.00 | $105.00 | Allowed (objection overruled) |
| 7/27/2009 | Tom Van Hoozer | Report settlement offer to Mr. Finch. | 0.10 | $35.50 | Allowed (objection overruled) |
| 7/27/2009 | Tom Van Hoozer | Reply to Mr. Finch e-mail regarding settlement offer. | 0.20 | $71.00 | Allowed (objection overruled) |
| 7/28/2009 | Justin Crawford | Preparation of documents and electronic equipment for motion hearing. | 1.60 | $168.00 | Allowed (objection overruled) |

| Date | | Description | Hours | Amount | Allowed or Denied |
|---|---|---|---|---|---|
| 7/28/2009 | Tom Van Hoozer | Prepare for hearing to present argument on motion to dismiss, motion for summary judgment and motion for sanctions. | 4.20 | $1491.00 | Allowed (objection overruled) |
| 7/29/2009 | Tom Van Hoozer | Drive to St. Louis for hearing at U.S. District Court (at half rate). | 4.40 | $781.00 | Allowed (objection overruled) |
| 7/29/2009 | Tom Van Hoozer | Prepare for hearing on plaintiff's motion to dismiss, Xcaper's motion to strike, Xcaper's motion for summary judgment, Xcaper's motion for sanctions. | 1.20 | $426.00 | Allowed (objection overruled) |
| 7/29/2009 | Tom Van Hoozer | Hearing on Essex Motion for voluntary dismissal, motion for summary judgment. | 1.50 | $532.50 | Allowed (objection overruled) |
| 7/29/2009 | Tom Van Hoozer | Prepare for afternoon arguments on motion for summary judgment, motion for sanctions. | 1.10 | $390.50 | Allowed (objection overruled) |
| 7/29/2009 | Tom Van Hoozer | Hearing on Xcaper Motion for Sanctions under Rule 11. | 1.70 | $603.50 | Allowed (objection overruled) |
| 7/29/2009 | Tom Van Hoozer | Return travel to Kansas City (at half rate). | 4.30 | $763.25 | Allowed (objection overruled) |
| 7/30/2009 | Tom Van Hoozer | E-mail to Peter Finch forwarding minute order and report oral argument on pending motions. | 0.20 | $71.00 | Allowed (no objection) |

| Date | Disbursement | Amount Sought | Allowed or Denied |
|---|---|---|---|
| 11/19/2008 | Disbursement for Pro Hac Vice Fee - E.D. of Missouri | $100.00 | Allowed (no objection) |
| 12/1/2008 | Disbursement for Federal Express | $14.11 | Denied (objection sustained) |
| 12/1/2008 | Disbursement for Federal Express | $20.08 | Denied (objection sustained) |

| 4/27/2009 | Mediator Fees paid directly to mediator | $2156.25 | Allowed (objection overruled) |
| 5/1/2009 | Disbursement for Federal Express | $50.22 | Denied (objection sustained) |
| 5/28/2009 | Westlaw Usage for legal research | $10.22 | Allowed (objection overruled) |
| 5/28/2009 | Disbursement for Federal Express | $24.57 | Denied (objection sustained) |
| 5/28/2009 | Disbursement for Federal Express | $24.57 | Denied (objection sustained) |
| 6/4/2009 | Disbursement for Federal Express | $18.87 | Denied (objection sustained) |
| 6/16/2009 | Westlaw Usage for legal research | $26.83 | Allowed (objection overruled) |
| 7/10/2009 | Westlaw Usage for legal research | $94.56 | Allowed (objection overruled) |
| 7/21/2009 | Westlaw Usage for legal research | $97.33 | Allowed (objection overruled) |
| 7/22/2009 | Westlaw Usage for legal research | $85.46 | Allowed (objection overruled) |
| 7/27/2009 | Westlaw Usage for legal research | $365.61 | Allowed (objection overruled) |

Of the $42,403.93 in fees and costs that Defendant has requested, this Court will allow all but $321.92. Thus, in the event that Plaintiff refiles this case in this or any other court, Plaintiff will be required to reimburse Defendant fees and costs incurred in defending this cause of action, in the amount of $42,082.01.

Accordingly,

**IT IS HEREBY ORDERED** that Xcaper Industries, LLC's Claim for Fees and Costs [doc. #52] is **GRANTED**, **in part**, and **DENIED**, **in part**, as set forth above.

Dated this 9th Day of March, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT COURT